# NAVY TRIAL CALENDAR FOR FEBRUARY 08, 2006   ORIGINAL

## UNITED STATES MAGISTRATE KEVIN S. C. CHANG

Page 2

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proof of Compliance | Disposition Fine SA | Total |
|---|---|---|---|---|---|---|---|---|
| T-4) | MCPHEETERS, KELLY R. | CR 05-00107 | | N301251 H20 02/01/2005 | DUI | PROOF OF COMPLIANCE | | |

CONT FROM 3/23/05 A & P; CONT FROM MATTER FROM 4/27/05 A & P; 14 HRS AAEA, 90 DAYS LIC SUSP, 90 DAYS ABSOLUTE FROM 2/1/05; FINE: $150.00, SA: $5.00; CONT FROM 11/23/05 POC – DFT FAILED TO APPEAR TO EXPLAIN WHY FINES & 14 HRS AAEA HAVE NOT BEEN COMPLETED; FPD'S REQUESTED CONTINUANCE

Atty: ALEXANDER SILVERT, AFPD

*Dft present* — NKH-PU — Cont'd to 8/8/09 for 14 hours AAE + payment processing ($155 check dtd 02/01/06)

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proof of Compliance | Disposition Fine SA | Total |
|---|---|---|---|---|---|---|---|---|
| T-5) | WILLIAMS, RYAN R. | CR 05-00230 | | N301271 H20 04/14/2005 | DUI | ON PC | | |

CONT AS TRIAL MATTER FROM 6/8/05 A & P; CONT FROM 7/27/05 TRIALS; 14 HRS AAEA, 90 DAYS LIC SUSP, FINE: $150.00, SA: $5.00, CONT FROM 8/10/05 TRIALS FOR POC ; PAID $155.00 (CVB REPORT 9/13/05)

Atty: LORETTA FAYMONVILLE, AFPD

— No further action — Dft complied
• Ct waives any late fees assessed

Dated: 02/08/2006

at ___ o'clock and ___ min. __M

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 08 2006

SUE BEITIA, CLERK

APPROVED AND SO ORDERED

Magistrate Judge KEVIN S. C. CHANG

APPROVED

SAUSA LCDR KEITH C. CELEBREZZE